```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------X

Sea Route Ltd.,
                                              07-CV-3873
                      Plaintiff,              (CPS)(JMA)

      - against -

National Bag & Trading Company,               ORDER


                      Defendant.

--------------------------------------------X
```

Upon the Verified Complaint of plaintiff, Affirmation of Caspar F. Ewig, dated September 17, 2007, and Letter from Caspar F. Ewig, dated September 24, 2007, that to the best of his information and belief defendant National Bag & Trading Company cannot be found within this District for the purpose of an attachment under Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and upon a finding that the conditions required by Rule B(1) exist; it is hereby ORDERED that the Clerk of this Court is directed to issue Process of Maritime Attachment and Garnishment for seizure of all tangible and intangible property of defendant National Bag & Trading Company, including but not limited to cash, funds, escrow funds, credits, wire transfer, electronic funds transfers, letters of credit, freights, sub-freights, charter hire and sub-charter hire, in the possession, or under the custody or control of, or being transferred through Greenwich Shipping Services, Inc., up to the amount of

$50,000.00; and it is further

ORDERED that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

ORDERED that any person claiming an interest in the property attached, garnished and arrested pursuant to said Order shall, upon application to the Court, be entitled to a prompt hearing at which the plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

ORDERED that pursuant to Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure Greenwich Shipping Services, Inc., may consent, in writing, to accept service by other means; and it is further

ORDERED that upon consent of Greenwich Shipping Services, Inc., service of process will remain effective from the time of service until defendant's assets come into the possession, or under the custody, control of or be transferred through Greenwich Shipping Services, Inc.

SO ORDERED.

Dated :   September 24, 2007
         Brooklyn, New York


                    By:  /s/ Charles P. Sifton (electronically signed)
                              United States District Judge